## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RITA BERRA and WILLIAM BERRA,

     Plaintiffs,

v.                                  Case No: 8:21-cv-2408-WFJ-TGW

METROPOLITAN CASUALTY
INSURANCE COMPANY,

     Defendant.

_____/

## O R D E R

The Court has been advised by **the Mediation Report (Dkt. 19)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on October 13, 2022.

                          s/*William F. Jung*
                          **WILLIAM F. JUNG**
                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record